JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 586 -- In re Ina State Bank Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/02/10 | 1 | MOTION, BRIEF, CERT. OF SERVICE, ATTACHMENTS -- Schott & Co., Inc. -- SUGGESTED TRANSFEREE DISTRICT: S.D. ILLINOIS (cds) |
| 84/02/17 | | APPEARANCE -- G.W. Howard for Federal Deposit Insurance Corp., Alan C. Kohn for C. Louise Stewart, et al.; Terrance J. Good for Schott & Co., Inc.; Robert H. Brownlee for Winston Fullerton; William A. Richter for Keith Fowler, Fred G. Fowler, W. Russell Withers, Jr. and Muriel Brown (emh) |
| 84/02/23 | 2 | RESPONSE -- FDIC -- w/cert. of service (cds) |
| 84/02/24 | | HEARING ORDER -- Setting motion of Schott & Co. for transfer of action to S.D. Illinois -- in Birmingham, Alabama on March 29, 1984 (emh) |
| 84/02/27 | | APPEARANCE: THOMAS M. CARNEY, ESQ. for Thomas E. Fry, Jr., John T. Bellamy, Jr. and Judith L. Fry (cds) |
| 84/02/27 | 3 | RESPONSE, EXHIBIT A -- C. Louise Stewart, et al. -- w/cert. of service (cds) |
| 84/02/28 | 4 | RESPONSE -- Winston Fullerton -- w/cert. of service (cds) |
| 84/03/02 | 5 | REPLY/MEMORANDUM -- Schott & Co. -- w/exhibits and cert. of svc. (emh) |
| 84/03/27 | | HEARING APPEARANCES: Terrance J. Good, Esq. for Schott & Co., Inc.; John A. Klobasa, Esq. for C. Louise Stewart, Betty A. Bucher, Joseph C. Stewart, Jr., and Cahokia Bancshares, Inc. (cds) |
| 84/03/28 | | WAIVERS OF ORAL ARGUMENT: Thomas E. Fry, Jr., et al., Winston Fullerton; Keith Fowler, Fred G. Fowler, W. Russell Withers, Jr. and Muriel Brown; FDIC (cds) |
| 84/04/12 | | ORDER DENYING TRANSFER of litigation (A-1,A-2) pursuant to 28 U.S.C. §1407. NOTIFIED PASL, hearing clerk, involved judges and clerks (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 586 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Ina State Bank Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| ~~3/23/84~~ 3/29/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/12/84 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 4/12/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 586 -- In re Ina State Bank Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Federal Deposit Insurance Corp. v. Schott & Co., Inc., etc. | S.D.Ill. Foreman | 83-4088 | | | | |
| A-2 | C. Louise Stewart, et al. v. Thomas E. Fry, Jr., et al. | E.D.Mo. Filippine | 83-0863C(3) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 586 -- In re Ina State Bank Litigation

---

FEDERAL DEPOSIT INSURANCE CORP. (A-1)
G.W. Howard, III, Esquire
Howard & Howard
P.O. Box U
Howard Building
Mt. Vernon, Illinois   62864

C. LOUISE STEWART, ET AL. (A-2)
Alan C. Kohn, Esquire
Kohn, Shands, Elbert, Gianoulakis
  & Guiljum
411 N. Seventh Street, Suite 1215
St. Louis, Missouri   63101

SCHOTT & COMPANY, INC.
Terrance J. Good, Esquire
Lashly, Caruthers, Baer & Hamel, P.C.
714 Locust Street
St. Louis, Missouri   63101

WINSTON FULLERTON
Robert H. Brownlee, Esq.
Thompson & Mitchell
One Mercantile Center, Suite 3400
St. Louis, Missouri   63101

KEITH FOWLER
FRED G. FOWLER
W. RUSSELL WITHERS, JR.
MURIEL BROWN
William A. Richter
Peper, Martin, Jensen, Maichel
  & Hetlage
720 Olive Street, 24th Floor
St. Louis, Missouri   63101

THOMAS E. FRY, JR.
JUDITH L. FRY
JOHN T. BELLAMY, JR.
Thomas M. Carney, Esquire
Husch, Eppenberger, Donohue,
  Elson & Cornfeld
100 N. Broadway
Suite 1800
St. Louis, Missouri   63102

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 586 -- In re Ina State Bank Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Schott & Co., Inc., Certified Public Accountants | A-1, A-2 |
| Thomas E. Fry, Jr. | A-2 |
| Winston Fullerton | A-2 |
| Russell Withers, Jr. | A-2 |
| John T. Bellamy, Jr. | A-2 |
| Keith Fowler | A-2 |
| Fred G. Fowler | A-2 |
| Judith L. Fry | A-2 |
| Muriel Brown | A-2 |
| | |
| | |