

JUDICIAL PANEL
MULTIDISTRICT LITIGATION
FILED

APR 12 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 586

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INA STATE BANK LITIGATION

ORDER DENYING TRANSFER

This litigation consists of one action pending in the Eastern District of Missouri and one action pending in the Southern District of Illinois. Presently before the Panel is a motion by a defendant in both actions to transfer, pursuant to 28 U.S.C. §1407, the Missouri action to the Southern District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiffs in both the Missouri and Illinois actions oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and the witnesses nor further the just and efficient conduct of the litigation. Although we recognize that the actions in this litigation may involve some common questions of fact, given the minimal number of actions before us, we are not persuaded that these factual questions are so complex, or the accompanying discovery so time-consuming, to warrant transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-586 -- In re Ina State Bank Litigation

<u>Eastern District of Missouri</u>

<u>C. Louise Stewart, et al. v. Thomas E. Fry, Jr., et al.,
C.A. No. 83-0863C(3)</u>

<u>Southern District of Illinois</u>

<u>Federal Deposit Insurance Corp. v. Schott & Co., Inc., etc.,
C.A. No. 83-4088</u>